UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
01 APR 12 PM 2:30
U.S. DISTRICT COURT
N.D OF ALABAMA

ROGER DALE MOORE, )
)
        Plaintiff )
)
vs. ) CASE NO. CV00-S-2967-NE
)
GOVERNOR DON SIEGELMAN and )
DIRECTOR OF CLASSIFICATION )
PAUL WHALEY, )
)
        Defendants )

ENTERED
APR 12 2001

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 16, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.



DATED this __12th__ day of April, 2001.

_____
United States District Judge